# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 7, 2017

153685-6

Stephen J. Markman,
Chief Justice

Robert P. Young, Jr.
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

DAVID TROY ZARN,
        Defendant-Appellant.

SC: 153685
COA: 323279
Wayne CC: 13-008592-FC

_____/

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

DAVID TROY ZARN,
        Defendant-Appellant.

SC: 153686
COA: 323280
Wayne CC: 13-008758-FC

_____/

On order of the Court, the application for leave to appeal the March 22, 2016 judgment of the Court of Appeals is considered and, it appearing to this Court that the cases of *People v Steanhouse* (Docket No. 152849) and *People v Masroor* (Docket Nos. 152946-8) are pending on appeal before this Court and that the decisions in those cases may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decisions in those cases.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 7, 2017



Clerk

s0227